**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN LEE BENNETT, ) | NO. CV 05-07953 JFW (SS) |
| ) Petitioner, ) | |
| ) v. ) | **JUDGMENT ON REMAND** |
| ) DERRAL G. ADAMS, Warden, ) | |
| ) Respondent. ) | |

    Pursuant to the decision and order of the United States Court of Appeals for the Ninth Circuit in <u>Kevin Bennett v. Matthew Cate</u>, case number 08-55700 (9th Cir. December 29, 2010),

    IT IS HEREBY ADJUDGED that a conditional writ of habeas corpus is GRANTED with respect to Petitioner's claim based on <u>Strickland v. Washington</u>, 466 U.S. 668, 687, 104 S. Ct. 2052, 80 L. Ed. 2d 674 (1984). The action is remanded for a new trial within ninety (90) days of this

\\

\\

decision, plus any additional delay authorized under state law, on all charges.  If the State elects not to pursue a retrial, Petitioner shall be released from custody within ninety (90) days of the date the Judgment herein becomes final.

DATED:    January 14, 2011

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2